United States District Court
Southern District of Texas
**ENTERED**
July 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENT ANDERSON, TDCJ #1474470, § § Plaintiff, § § v. § § BRYAN COLLIER, § § Defendant. § | CIVIL ACTION NO. H-21-3154 |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE.**

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 18th day of July, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE