United States District Court
Southern District of Texas
**ENTERED**
January 30, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENT ANDERSON TDCJ # 1474470, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. H-21-3154 |
| BRYAN COLLIER, et al., | § |
| Defendants. | § |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order of even date, this case is **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, on this 30th day of January, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE